IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

James Crosby
          Plaintiffs,

vs.                         **CASE NO:**

Tate & Kirlin Associates, Inc.;
LVNV Funding, LLC;
Mark Brewer;
and ONE OR MORE "JOHN OR JANE SMITHS"
          Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants'

violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et seq. (hereinafter

"FDCPA") and the Florida Consumer Collections Practices Act, F.S. §559, et seq.

(hereinafter "FCCPA") which prohibit debt collectors from engaging in abusive,

deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. 1692k(d), and 28 U.S.C. 1337.

Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. 1367.

Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202. Venue in this District

is proper in that the defendants transact business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff James Crosby is a natural person resided in Sumter County, Florida, which is in the Middle District of Florida, Ocala  Division for all time pertinent to this lawsuit.

4. Tate & Kirlin Associates, Inc. is a Pennsylvania Corporation and is a  "debt collector" as defined by the FDCPA, and/or a person subject to the FCCPA..

5. Defendant LVNV Funding, LLC is a Delaware limited liability corporation and is a "debt collector" as defined by the FDCPA and/or a person subject to the FCCPA.

6. Defendant Mark Brewer is a name used by an agent or employee of defendant Tate & Kirlin Associates. It is unknown at the time of filing this complaint whether Mark Brewer is a natural person or a fictitious "desk name" and/or a person subject to the FCCPA.

### IV. FACTUAL ALLEGATIONS

11. Plaintiff repeats, alleges, and incorporates by reference paragraphs 1-6 above.

12. Defendant LVNV Funding, LLC purchased plaintiff's alleged debt at some point prior to January 16, 2006.

13. Defendant LVNV Funding, LLC hired defendant Tate & Kirlin Associates to collect the alleged debt from plaintiff.

14. Defendant Tate & Kirlin Associates, Inc. sent plaintiff a letter dated January 16th,

2006. A copy of this letter is attached to the complaint as Exhibit "A."

15. The January 16th letter set forth in Exhibit "A" demands payment of the alleged debt in the amount of "50% of your balance or $998.92"

16. The January 16th letter set forth in Exhibit "A" contains the following language: "This payment must be received in our office by 02/03/06 or this offer is void."

17. Defendant Tate & Kirlin Associates, Inc. sent plaintiff a letter dated February 17, 2006. A copy of this letter is attached to the complaint as Exhibit "B."

18. The February 17th letter set forth in Exhibit "B" demands payment of the alleged debt in the amount of "50% of you balance or $1005.00"

19. The February 17th letter set forth in Exhibit "B" contains the following language: "This payment must be received in our office by 03/10/06 or this offer is void."

20. Defendant Tate & Kirlin Associates, Inc. sent plaintiff a letter dated May 8, 2006. A copy of this letter is attached to the complaint as Exhibit "C."

21. The May 8th letter set forth in Exhibit "C" demands payment of the alleged debt in the amount of "50% of you balance or $1021.75"

22. The May 8th letter set forth in Exhibit "C" contains the following language: "This payment must be received in our office by 5/29/06 or this offer is void."

23. Defendant Tate & Kirlin Associates, Inc. sent plaintiff a letter dated July 27th, 2006. A copy of this letter is attached to the complaint as Exhibit "D."

24. The July 27th letter set forth in Exhibit "D" demands payment of the alleged debt in the amount of "50% of you balance or $1034.09"

25. The July 27th letter set forth in Exhibit "D" contains the following language: "This

payment must be received in our office by 08/17/06 or this offer is void."

26. In the course of collecting the alleged debt from plaintiff, defendant Tate & Kirlin Associates, Inc. called plaintiff on the telephone. During the course of phone contact representatives from Tate & Kirlin were rude and abrasive.

27. By constantly varying the amount listed as due throughout their communications with plaintiff, defendants Tate & Kirlin Associates, Inc. misrepresented the status and amount of the alleged debt.

28. By declaring that the "50% off" offer would be available only for 30 days, when in fact defendant intended to let the offer stand indefinitely (as was demonstrated by multiple subsequent 30 day offer renewals), defendants Tate & Kirlin Associations, Inc. created a false sense of urgency within plaintiff, in an effort to coerce him to pay the alleged debt.

29. Defendant Tate & Kirlin Associates styled their communications with plaintiff in such a way as to give the impression that defendant was or was affiliated with an attorney. This is especially true when considered in light of the least sophisticated consumer standard.

## V. FIRST CLAIM FOR RELIEF

30. Plaintiffs repeat, allege, and incorporate by reference paragraphs 1-29 above.

31. Defendants Tate & Kirlin Associates, Inc. And Mark Brewer violated the FDCPA. Defendants violations of the FDCPA include, but are not limited to, the following:

      (a) 15 U.S.C. 1692d, which prohibits the use of harassment and abuse in

connection with the collection of a debt.

(b) 15 U.S.C. 1692e, which prohibits the use of false or misleading

representations in connection with the collection of a debt.

© 15 U.S.C. 1692f, which prohibits the use of unfair and unconscionable means

to collect a debt.

32. Defendant's acts as described above were done intentionally, with the purpose of

coercing plaintiff to pay the alleged debt.

33. As a result of the above violations of the FDCPA, defendants Tate & Kirlin

Associates, Inc and Mark Brewer are liable to plaintiff for injunctive and declaratory

relief and for actual damages, statutory damages, and attorney's fees and costs.

## VI. SECOND CLAIM FOR RELIEF

34. Plaintiff repeats, alleges, and incorporates by reference paragraphs 1-33 above.

35. Defendants Tate & Kirlin Associates, Inc. and Mark Brewer violated the FCCPA.

Defendant's violations of the FCCPA include, but are not limited to, the following:

(a) F.S. §559.72(7), which prohibits debt collectors from engaging in conduct

which can reasonably be expected to abuse or harass the debtor or any member of

his or  her family.

(b) F.S. §559.72(8), which prohibits the use of willfully abusive language in

communicating with the debtor or any member of her or his family.

© F.S. §559.72(10), which prohibits the use of communication which gives the

appearance of being authorized by an attorney at law, when it is not.

(d) F.S. §559.72(11), which prohibits communication under the guise of an attorney by using the stationary of an attorney.

(e) F.S. §559.552, which makes any violation of the provisions of the FDCPA a violation of the FCCPA.

(f) 15 U.S.C. 1692d, which prohibits the use of harassment and abuse in connection with the collection of a debt.

(g) 15 U.S.C. 1692e, which prohibits the use of false or misleading representations in connection with the collection of a debt.

(h) 15 U.S.C. 1692f, which prohibits the use of unfair and unconscionable means to collect a debt.

36. Defendant's acts described above were done intentionally, with the purpose of coercing plaintiff to pay the alleged debt.

37. As a result of the above violations of the FCCPA, defendants Tate & Kirlin Associates, Inc. and Mark Brewer are liable to plaintiff for injunctive and declaratory relief and for actual damages, statutory damages, and attorney's fees and costs.

## VII. THIRD CLAIM FOR RELIEF

38. Plaintiff re-alleges and incorporates herein by reference the paragraphs contained in Parts I, II, III, IV, V, and VI above.

39. Defendants, from an unknown date but no earlier than January 1st 2000, did, in Sumter County in the Middle District of Florida, willfully, knowingly, and intentionally conspire and agree with each other and with other persons both known and

unknown to the plaintiff at this time, to create and establish consumer debts, where

eventual violations of the provisions of the FDCPA and FCCPA in connection with

collecting such debts were reasonably foreseeable.

40. As a result thereof, defendants are liable to the Plaintiff for actual damages, statutory

damages or $1,000 per defendant under the FDCPA, statutory damages of $1,000 per

defendant under the FCCPA, and punitive damages pursuant to the FCCPA, together with

attorney's fees and costs.

**WHEREFORE**, plaintiff respectfully prays that judgement be entered against the

defendants for the following:

> A. Declaratory judgement that defendants' conduct violated the FDCPA, and
>
> declaratory and injunctive relief for the defendants' violations of the FCCPA;
>
> B. Actual damages;
>
> C. Statutory damages pursuant to 15 U.S.C. 1692k;
>
> D. Statutory damages pursuant to F.S. §559.77
>
> E. Costs and reasonable attorney's fees pursuant to 15 U.S.C. 1692k and F.S.
>
> §559.77;
>
> F. For such other and further relief as may be just and proper

Respectfully submitted,

*Frederick W. Vollrath*

Frederick W. Vollrath
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Please take notice that plaintiff demands trial by jury in this action.

/s/Frederick W. Vollrath
Frederick W. Vollrath, Esq.
Vollrath-Condon, P.A.
Attorneys at Law
Post Office Box 1007
Tampa, Florida 33601
813-251-2626
813-254-2979 (fax)
fredvollrath@aol.com
FBN: 165-812



2810 Southampton Road
Philadelphia PA 19154
**ADDRESS SERVICE REQUESTED**

## TATE & KIRLIN ASSOCIATES

*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

January 16, 2006

Creditor:   LVNV Funding LLC
Client Ref: 7001191108381329
Account #: 5734205
Total Due: $1997.84

#BWNKGZZ
#TY3339DDB3#    5734205-016
James Crosby
8297 County Road 647
Bushnell FL 33513-7561
[barcode/mailing marks]

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207
[barcode/mailing marks]



*** Detach Upper Portion and Return with Payment ***

4567-TATE1016TY3339DDB3

Client:          LVNV Funding LLC
Client Ref #:    7001191108381329
Account #:       5734205

### IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 50% of your balance or $998.92 to resolve this debt.  This payment must be received in our office by 02/03/06 or  this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine  if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that  purpose.   Tate & Kirlin Associates is a professional debt collection company.

*Exhibit A*

Change of Address:_____ City:_____ State:_____ Zip:_____
Home Telephone #:_____ Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

$
_____        _____        _____/_____
Account Number                          Payment Amount               Expire Date

_____                              _____
Card Holder Name                                            Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101



2810 Southampton Road
Philadelphia PA  19154
**ADDRESS SERVICE REQUESTED**

# TATE & KIRLIN ASSOCIATES
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

February 17, 2006

Creditor:   LVNV Funding LLC
Client Ref: 7001191108381329
Account #: 5734205
Total Due: $2009.99

#BWNKGZZ
#TY36A545A9#    5734205-016
James Crosby
8297 County Road 647
Bushnell FL  33513-7561
lıllııllılılılıllılıllıllılılıllıılllılılıllıllıl

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207
lıllllılıllılılıllılıllılılllılllılılıllllıllllıllıl



*** Detach Upper Portion and Return with Payment ***                    5814-TATE1016TY36A545A9

Client:          LVNV Funding LLC
Client Ref #:    7001191108381329
Account #:       5734205

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 50% of your balance or $1005.00 to resolve this debt.  This payment must be received in our office by 03/10/06 or  this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine  if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that  purpose.  Tate & Kirlin Associates is a professional debt collection company.

*Exhibit B*

| Change of Address: | City: | State: | Zip: |
|---|---|---|---|
| Home Telephone #: | Business Telephone #: | | |

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

$
_____/_____

Account Number                              Payment Amount                    Expire Date

Card Holder Name                                                    Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101



2810 Southampton Road
Philadelphia PA 19154
**ADDRESS SERVICE REQUESTED**

# TATE & KIRLIN ASSOCIATES
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

May 8, 2006

Creditor:   LVNV Funding LLC
Client Ref: 7001191108381329
Account #: 5734205
Total Due: $2043.50

#BWNKGZZ
#TY3E27F222#    5734205-016
James Crosby
8297 County Road 647
Bushnell FL  33513-7561
ɪlɪɪllɪɪlɪlɪlɪɪɪlɪɪllɪllɪllɪɪɪlɪlɪlɪllɪɪɪɪllllɪlɪɪɪɪllɪɪl

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207
ɪɪɪllllɪɪɪɪllɪlɪlɪɪɪɪlɪɪlɪɪlɪlɪlɪllllɪɪɪɪlɪɪɪllllllɪɪɪlɪɪl



*** Detach Upper Portion and Return with Payment ***                    2195-TATE1016TY3E27F222

Client:            LVNV Funding LLC
Client Ref #:      7001191108381329
Account #:         5734205

## IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 50% of your balance or $1021.75 to resolve this debt.  This payment must be received in our office by 05/29/06 or  this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine  if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that  purpose.  Tate & Kirlin Associates is a professional debt collection company.

*Exhibit C*

Change of Address:_____  City:_____ State:_____ Zip:_____
Home Telephone #:_____  Business Telephone #:_____
**IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US**
                                    $                        ___/___
_____    _____    _____
Account Number              Payment Amount        Expire Date

_____                        _____
Card Holder Name                             Signature of Card Holder

**Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101**



2810 Southampton Road
Philadelphia PA 19154
**ADDRESS SERVICE REQUESTED**

### TATE & KIRLIN ASSOCIATES
*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

July 27, 2006

Creditor:   LVNV Funding LLC
Client Ref: 7001191108381329
Account #: 5734205
Total Due: $2068.18

#BWNKGZZ
#TY45583DD3#     5734205-016X
James Crosby
8297 County Road 647
Bushnell FL 33513-7561

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154-1207

---

*** Detach Upper Portion and Return with Payment ***                     6133-TATE916XTY45583DD3

Client:          LVNV Funding LLC
Client Ref #:    7001191108381329
Account #:       5734205

### IMPORTANT NOTICE

Our client has authorized us to offer a limited time settlement for 50% of your balance or $1034.09 to resolve this debt.  This payment must be received in our office by 08/17/06 or  this offer is void.

Please contact our office at our toll free number should you have any questions or wish to determine  if this settlement offer can be made in installments.

Please retain the lower portion of this letter for your records.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that  purpose.   Tate & Kirlin Associates is a professional debt collection company.

*Exhibit D*

| Change of Address: | | City: | State: | Zip: |
|---|---|---|---|---|

Home Telephone #:_____      Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

| Account Number | Payment Amount | Expire Date |
|---|---|---|
| | $ | __/__ |

Card Holder Name                                          Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101